THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Benjamin
 Huggins, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Kershaw County
 L. Casey Manning, Circuit Court Judge
Memorandum Opinion No.  2009-MO-004
Submitted January 22, 2009  Filed January
 26, 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Tricia A. Blanchette, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Brian T. Petrano, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: We
 granted certiorari to review the post-conviction relief courts denial of
 relief to petitioner.  We now dismiss the writ as improvidently granted.
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.